SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA                                     :
                                                             :         1:21-mj-9252-2
                                              :
     -against-                                               :         **ORDER**
                                                             :
                                                             :
RICARDO SOSA,                                 :
                                                             :
          Defendant.                                         :
-------------------------------------------------------------X

James L. Cott, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to remove the following condition of release:

- Curfew, with hours to be set by Pretrial Services

Dated:  New York, New York
        October 1, 2021

_____
           Gabriel W. Gorenstein
           United States Magistrate Judge